BEFORE THE SECOND DIVISION, OCTOBER 22, 1942

No. 47658.—Protests 63619–K, etc., of Bacharach Industrial Instrument Co. (Pittsburgh).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Bacharach Industrial Instrument Co.* v. *United States* (8 Cust. Ct. 237, C. D. 614) the protests were sustained.